Appeal No. 78-161. TOWN OF HOPKINTON *v.* CLAY J. KEISER. The defendant's request for permission to file his motion for rehearing out of time is granted. After consideration thereof, the motion for rehearing and request for stay of

the Superior Court orders are denied.

Mr. Justice Doris did not participate. *Frank J. Williams,* Solicitor, for plaintiff, *Clayton J. Keiser,* pro se, for defendant.